# UNITED STATES DISTRICT COURT
for the
\DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:25-CV-02043-KAD |
| ) | |
| **FOLEY CARRIER SERVICES, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Foley Carrier Services, LLC in Lower Connecticut River Valley Planning Region, CT on December 10, 2025 at 12:45 pm at 29 W High St, East Hampton, CT 06424-1024 by leaving the following documents with Ashley Wolf who as Paralegal at Kenneth Barber and Associates, LLC is authorized by appointment or by law to receive service of process for Foley Carrier Services, LLC.

SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, Notice of Electronic Filing, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT

White Female, est. age 35-44, glasses: Y, Blonde hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.5806,-72.5083383333
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Lower Connecticut River Valley Planning Region

   CT   on   12/10/2025   .

/s/ *Mark Ciarciello*

Signature
Mark Ciarciello
+1 (203) 738-9613



Exhibit 1a)