IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC.**<br><br>*Defendant.* | Case No. 3:25-cv-2043<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANT FOLEY CARRIER SERVICES, LLC

COMES NOW Plaintiff Jourey Newell, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant Foley Carrier Services, LLC, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added).

Request for Entry of Default

1

Here, the Plaintiff filed his Complaint naming Defendant on December 9, 2025. (See ECF No. 1.) Defendant was served on December 10, 2025. (See ECF No. 10.) Accordingly, Defendant's responsive pleading was due on December 31, 2025. Defendant did not file a response as of January 8, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this January 8, 2026.

>                     */s/ Andrew Roman Perrong*
>                     Andrew Roman Perrong,
>                     Bar No. CT31815
>                     a@perronglaw.com
>                     Perrong Law LLC
>                     2657 Mount Carmel Avenue
>                     Glenside, PA 19038
>                     215-225-5529
>                     Lead Attorney for Plaintiff and the Proposed Class

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

Foley Carrier Services, LLC
c/o: Cogency Global, Inc.
29 W High St.
East Hampton, CT 06424

Foley Carrier Services, LLC
140 Huyshope Ave Floor 2
Hartford, CT 06106-2857

Foley Carrier Services, LLC
c/o: Cogency Global, Inc.
850 NEW BURTON RD SUITE 201
DOVER, DE 19904

Foley Carrier Services, LLC
10 New England Business Center Dr, Suite 302
Andover, MA 01810


And via email to:

info@foley.io, legal@foley.io


Dated: January 8, 2026

>						*/s/ Andrew Roman Perrong*
>						Andrew Roman Perrong,
>						Bar No. 333687
>						a@perronglaw.com
>						Perrong Law LLC
>						2657 Mount Carmel Avenue
>						Glenside, PA 19038
>						215-225-5529
>						Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default