UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>FOLEY CARRIER SERVICES, LLC.<br><br>              Defendant. | Case No. 3:25-cv-2043 |

## NOTICE OF APPEARANCE OF JAIME SANTOS

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Foley Carrier Services, LLC.

Dated: January 16, 2026

                                                                          */s/ Jaime Santos*
                                                                          Jaime Santos (ct31237)
                                                                          GOODWIN PROCTER LLP
                                                                          1900 N Street, N.W.
                                                                          Washington, DC 20036
                                                                          Tel.: (202) 346-4000
                                                                          Fax: (202) 246-4444
                                                                          jsantos@goodwinlaw.com

                                                                          *Counsel for Foley Carrier Services, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026 I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jaime Santos*
Jaime Santos
