**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC.**<br><br>*Defendant.* | Case No. 3:25-cv-2043 |

**DEFENDANT'S CONSENT MOTION TO VACATE DEFAULT**
**AND EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 55(c) and 6(b) of the Federal Rules of Civil Procedure, Defendant Foley Carrier Services, LLC ("Foley"), hereby moves to vacate the Clerk's Entry of Default, ECF No. 12, and to extend its time to respond to the Complaint to 30 days after the Court's order on this Motion.  For the reasons set forth in Foley's memorandum of law in support of its motion, filed herewith, Foley respectfully requests that the Court grant the relief sought for good cause shown.

Plaintiff consents to the relief sought in this Motion.  Foley has not requested any prior extension in its time to respond to the Complaint.

Respectfully submitted,

*/s/ Jaime A. Santos*

Jaime A. Santos (ct31237)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444
JSantos@goodwinlaw.com


*Counsel for Foley Carrier Services, LLC*


Dated: January 16, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I caused a true and correct copy of the

foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Jaime A. Santos*
Jaime A. Santos