IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br><br>v.<br><br>FOLEY CARRIER SERVICES, LLC.<br><br>      *Defendant.* | Case No. 3:25-cv-2043 |

### DECLARATION OF BROOKS R. BROWN IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO VACATE DEFAULT AND EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

I, Brooks R. Brown, hereby declare and state as follows:

1. I am a partner with the law firm Goodwin Procter LLP and a member of the California, District of Columbia, and Massachusetts bars. I am counsel to Foley Carrier Services, LLC ("Foley") in the above captioned matter.

2. I make this Declaration in support of Foley's Consent Motion to Vacate Default and Extend Deadline to Respond to the Complaint.

3. I am informed and understand that Foley first received the Complaint in this action on January 8, 2026, when Plaintiff's counsel provided a courtesy copy to it by email. Prior to this date, I am informed and understand that Foley was not aware that Plaintiff had filed a Complaint against it.

4. After receiving a copy of the Complaint on January 8, 2026, Foley retained my firm to represent it in this matter. After clearing conflicts, I promptly reached out to Plaintiff's counsel of record by telephone and email regarding this matter (a) to confirm Foley's intent to defend, and

1

(b) to meet and confer on Plaintiff's consent to Foley's motion to vacate the default and extend the time for its response to the Complaint

5. On January 13, 2026, I spoke to Plaintiff's counsel, Andrew Perrong, who confirmed that Plaintiff consented to the vacatur of the Clerk's Entry of Default against Foley and to extend Foley's time to respond to the Complaint by 30 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and below.

Executed on January 16, 2026

*Brooks R. Brown* (signature)
Brooks R. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jaime A. Santos*
Jaime A. Santos