IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff,*<br><br>  v.<br><br>**FOLEY CARRIER SERVICES, LLC.**<br><br>  *Defendant.* | Case No. 3:25-cv-2043-KAD |

**DEFENDANT FOLEY CARRIER SERVICES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Foley Carrier Services, LLC ("Foley" or "Defendant"), by its counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is privately held and that no publicly-traded company owns or controls more than ten percent (10%) or more of its stock.

              Respectfully submitted,

              */s/ Jaime A. Santos*
              Jaime A. Santos (ct31237)
              GOODWIN PROCTER LLP
              1900 N Street, NW
              Washington, DC  20036
              Tel.: +1 202 346 4000
              Fax: +1 202 346 4444
              JSantos@goodwinlaw.com

              *Counsel for Foley Carrier Services, LLC*

Dated: January 21, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jaime A. Santos*
Jaime A. Santos