**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOUREY NEWELL, individually and on | 3:25-cv-2043 |
| *Plaintiff* | *Case No.* |
| vs. | |
| FOLEY CARRIER SERVICES, LLC. | January 21, 2026 |
| *Defendant* | *Date* |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I __Jaime A. Santos__, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit __Brooks R. Brown__ pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ☐ plaintiff(s) ☒ defendant(s)

__Foley Carrier Services, LLC.__ in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney __Jaime A. Santos__
*(print name)*
Address __1900 N Street, N.W. Washington, DC 20036__

Phone Number __(202)-346-4034__   Email __jsantos@goodwinlaw.com__

Federal Bar Number __ct31237__

Signature *[signed: Ja. A. Santos]*

Page **1** of **3**

## AFFIDAVIT OF VISTING ATTORNEY

I, Brooks R. Brown _____, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| Firm | Goodwin Procter LLP |
|---|---|
| Address | 100 Northern Avenue Boston, MA 02210 |
| Phone Number | (617) 570-1000 |
| Fax | (617) 523-1231 |
| Email | bbrown@goodwinlaw.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number (or indicate if no bar # issued) |
|---|---|
| See Attachment | |
| | |
| | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☒ has been included with this filing.

☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this _16th_ day of _January_, 20_26_.

Signed _[signature]_

Print Name  Brooks R. Brown

Re. 3/26/25

I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s)

| Court | Admission Date | Bar number |
| --- | --- | --- |
| U.S. Supreme | 3/26/2012 | |
| 1st Circuit | 5/5/1997 | 44993 |
| 4th Circuit | 1/17/2019 | |
| 6th Circuit | 10/23/2024 | |
| 9th Circuit | 10/27/2007 | |
| 11th Circuit | 8/12/2020 | |
| D.C. Circuit | 9/15/2011 | 53632 |
| Central District of California | 10/22/2007 | 250724 |
| Central District of California Bankruptcy Court | 10/22/2007 | 250724 |
| Eastern District of California | 10/19/2007 | 250724 |
| Northern District of California | 10/23/2007 | 250724 |
| Northern District of California Bankruptcy Court | 10/23/2007 | 250724 |
| Southern District of California | 10/29/2007 | 250724 |
| District of Colorado | 11/1/2024 | 2677443 |
| District of District of Columbia | 9/12/2011 | 1002475 |
| Northern District of Illinois | 7/9/2004 | 90785875 |
| District of Massachusetts | 4/18/1997 | 634144 |
| District of Massachusetts Bankruptcy Court | 11/15/2005 | 634144 |
| Eastern District of Michigan | 9/2/2014 | 1002474 |
| California State Bar | 10/11/2007 | 250724 |
| D.C. Bar | 7/8/2011 | 1002475 |
| Massachusetts State Bar | 12/18/1996 | 634144 |

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 18, 1996**, said Court being the highest Court of Record in said Commonwealth:

## Brooks R. Brown

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **sixteenth** day of **January**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County