UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOLEY CARRIER SERVICES, LLC.<br><br>Defendant. | Case No. 3:25-cv-2043 |

## NOTICE OF APPEARANCE OF BROOKS R. BROWN

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Foley Carrier Services, LLC.

Dated: February 11, 2026

*/s/ Brooks R. Brown*
Brooks R. Brown (*phv209167*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
bbrown@goodwinlaw.com

*Counsel for Foley Carrier Services, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026 I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

>   */s/ Brooks R. Brown*
>   Brooks R. Brown