UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOLEY CARRIER SERVICES, LLC.<br><br>Defendant. | Case No. 3:25-cv-2043 |

## NOTICE OF APPEARANCE OF JACQUELINE ODUM

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Foley Carrier Services, LLC.

Dated: February 11, 2026

*/s/ Jacqueline Odum*
Jacqueline Odum (*phv209169*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
jodum@goodwinlaw.com

*Counsel for Foley Carrier Services, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026  I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

>*/s/ Jacqueline Odum*
>Jacqueline Odum