IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC,**<br><br>*Defendant.* | Case No. 3:25-cv-2043-KAD<br><br>February 17, 2026 |

### DEFENDANT FOLEY CARRIER SERVICES, LLC'S
### MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Foley Carrier Services, LLC ("Foley") hereby moves to dismiss the Complaint (Dkt. 1) filed by Plaintiff Jourey Newell ("Plaintiff") in its entirety because (1) Counts I and II fail to state a claim on which relief can be granted, and (2) Plaintiff also lacks Article III standing to pursue Count II, meaning this Court lacks subject matter jurisdiction to adjudicate the claim. In support of its Motion, Foley relies upon the accompanying Memorandum of Law in Support of its Motion to Dismiss, its Request for Judicial Notice, accompanying exhibits, and Declaration of Jacqueline Odum authenticating the exhibits that are the subject of the Request for Judicial Notice.

|  |  |
|---|---|
| Dated: February 17, 2026 | Respectfully submitted,<br><br>*/s/ Brooks R. Brown*<br>Brooks R. Brown (*phv209167*)<br>GOODWIN PROCTER LLP<br>100 Northern Ave<br>Boston, MA 02210<br>Tel.: +1 617 570 1000<br>BBrown@goodwinlaw.com<br><br>Jaime A. Santos (ct31237)<br>Jacqueline Odum (*phv209169*)<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Tel.: +1 202 346 4000<br>JSantos@goodwinlaw.com<br>JOdum@goodwinlaw.com<br><br>*Counsel for Foley Carrier Services, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brooks R. Brown*
Brooks R. Brown
