IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC,**<br><br>*Defendant.* | Case No. 3:25-cv-2043-KAD<br><br>February 17, 2026 |

**DECLARATION OF JACQUELINE ODUM IN SUPPORT OF DEFENDANT
FOLEY CARRIER SERVICES, LLC'S MOTION TO DISMISS**

I, Jacqueline Odum, hereby declare and state as follows:

1. I am an associate with the law firm Goodwin Procter LLP, and a member of the District of Columbia bar, and admitted in this action *pro hac vice*. I am counsel of record to Foley Carrier Services, LLC ("Foley") in the above captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the company entry for Newell Contracting LLC publicly accessible on the Department of Transportation's Safety and Fitness Electronic Records (SAFER) system, as the site appeared on February 16, 2026. The company entry is also accessible at https://safer.fmcsa.dot.gov/query.asp?query_type=queryCarrierSnapshot&query_param=USDOT&query_string=4193978.

3. Attached hereto as Exhibit B is a true and correct copy of the entry for Newell Contracting LLC publicly accessibly on the Pennsylvania Department of State's business search

1

service, as it appeared on February 16, 2026. The company entry is accessible online at https://file.dos.pa.gov/search/business by searching for Newell Contracting LLC.

4. Attached hereto as <u>Exhibit C</u> is a certified copy of Newell Contracting LLC's Certificate of Organization, filed with the Pennsylvania Department of State on October 24, 2023.

5. Attached hereto as <u>Exhibit D</u> is a certified copy of Newell Contracting LLC's Annual Report, filed with the Pennsylvania Department of State on September 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my current knowledge, information and belief.

Dated: February 17, 2026

*/s/ Jacqueline Odum*
Jacqueline Odum (*phv209169*)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
jodum@goodwinlaw.com

*Counsel for Foley Carrier Services, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jacqueline Odum*
Jacqueline Odum
