# Exhibit B



Pennsylvania Government Website

Business | UCC | Trademark | CROP

- Home
- Search
- Initial Forms
- Help

**NEWELL CONTRACTING LLC (13629410)**

File Annual Report | Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/24/2023 |
| Status | Active |
| Formed In | PENNSYLVANIA |
| Filing Type | Domestic Limited Liability Company |
| Filing Subtype | Limited Liability Company |
| Annual Report Due Date | 09/30/2026 |
| Principal Address | 2832 DEKALB PIKE PMB 1110 EAST NORRITON, PA 19401-1823 |
| Registered Office | REPUBLIC REGISTERED AGENT LLC |
| County | ALLEGHENY |
| Governors | Governor Jourey Newell |

View History | Request Access