# Exhibit C

0013629410



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**CERTIFICATE OF ORGANIZATION -**
**LIMITED LIABILITY COMPANY**
Fee: $125



| Pennsylvania Department of State |
| --- |
| **-FILED-** |
| File #: 0013629410 |
| Date Filed: 10/24/2023 |

**DSCB:15-8821** (rev. 2/2017)

In compliance with the requirements of 15 Pa.C.S. § 8821 relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

**Limited Liability Company Type**

| Filing type | Domestic Limited Liability Company |
| --- | --- |
| Limited liability company subtype | Limited Liability Company |

**Limited Liability Company Name**

| Entity name | NEWELL CONTRACTING LLC |
| --- | --- |

**Effective Date**

The filing shall be effective when filed with the Department of State

**Registered Office**

The name of the commercial registered office provider and the county of venue is

REPUBLIC REGISTERED AGENT LLC
Commercial Registered Office Provider

| Venue and Publication County | ALLEGHENY |
| --- | --- |

**Organizers**

| Name of individual or organization | Address |
| --- | --- |
| JOUREY NEWELL | 2832 DEKALB PIKE # 1110<br>EAST NORRITON, PA 19406 |

**Additional provisions, if any**

Additional provisions

☐ I qualify for a veteran/reservist-owned small business fee exemption (see help)

**Electronic Signature**

IN TESTIMONY WHEREOF, the organizer(s) has (have) executed this Certificate of Organization.

*JOUREY NEWELL*      *10/24/2023*

| JOUREY NEWELL | Date |
| --- | --- |

Certificate Verification No.: 073137523 Date: 02/10/2026

B0622-1253 10/24/2023 3:02 PM Received by Pennsylvania Department of State