# Exhibit D



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**ANNUAL REPORT**
Fee: $7

*Pennsylvania Department of State*

**-FILED-**

Amendment #: 0014912755
Date Filed: 9/30/2025

---

In compliance with the requirements of 15 Pa.C.S. § 146 (relating to annual report), the undersigned domestic or foreign association hereby states that:

| Record Information | |
|---|---|
| File number | 0013629410 |
| Business name | NEWELL CONTRACTING LLC |
| Jurisdiction of formation | PENNSYLVANIA |
| Filing type | Domestic Limited Liability Company |
| Filing subtype | Limited Liability Company |

| Current Registered Office or Commercial Registered Office Provider | |
|---|---|
| Search for Commercial Registered Office Provider (CROP) | REPUBLIC REGISTERED AGENT LLC<br>Commercial Registered Office Provider |
| Venue and Publication County | ALLEGHENY |

| Principal Office | |
|---|---|
| Address | 2832 DEKALB PIKE PMB 1110<br>EAST NORRITON, PA 19401-1823 |

**Governor(s)**

**The name of at least one governor to this association.**

| Name of individual or entity |
|---|
| Jourey Newell |

**Principal Officer(s)**

**The names and titles of the persons who are its principal officers, if any, as determined by its governors**

| Name of individual or organization | Position | Other Position |
|---|---|---|
| None Entered | | |

**Electronic Signature**

IN TESTIMONY WHEREOF, the association has caused this Annual Report to be signed by a duly-authorized representative

| *Manager* | *Jourey Newell* | *09/30/2025* |
|---|---|---|
| Signer's Capacity | Sign Here | Date |

Page 1 of 1