IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,,<br><br>*Plaintiff,*<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC**,<br><br>*Defendant*. | Case No. 3:25-cv-2043-KAD<br><br>February 17, 2026 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
<u>FOLEY CARRIER SERVICES, LLC'S MOTION TO DISMISS</u>**

Defendant Foley Carrier Services, LLC ("Foley") hereby respectfully request that this Court take judicial notice of the attached documents in connection with Foley's Motion to Dismiss the Complaint (Dkt. 1) filed by Plaintiff Jourey Newell.

Pursuant to Rule 201 of the Federal Rules of Evidence, a fact is subject to judicial notice if it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  A court "may take judicial notice" of such facts "on its own," but "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).  A court may properly rely on judicially noticeable materials when considering a motion to dismiss. *Staehr v. Hartford Fin. Servs. Grp., Inc.*, 547 F.3d 406,425 (2d Cir. 2008).

Exhibit A to this request is the company entry for Newell Contracting, LLC ("Newell Contracting") publicly accessible on the Department of Transportation's ("DOT") Safety and Fitness Electronic Records ("SAFER") system.  Exhibit B is the business filing entry for Newell Contracting on the Pennsylvania Secretary of State's Business Search database.  They are both judicially noticeable as publicly available government documents. *See, e.g.*, *Cruz v. Credit Control Servs., Inc.*, 2017 WL 5195225, at *3 (E.D.N.Y. Nov. 8, 2017) ("It is entirely proper for the Court to take judicial notice of publicly available documents on government web-sites."); *Perez v. Ahlstrom Corp.*, 2011 WL 2533801 (D. Conn. June 27, 2011) ("the Court may . . . properly consider 'matters of which judicial notice may be taken,' including information on an official government website" (*quoting Leonard F. v. Israel Disc. Bank of N.Y.*, 199 F.3d 99, 107 (2d Cir. 1999)); *see also Simon v. Smith & Nephew, Inc.*, 990 F. Supp. 2d 395, 399 n.1 (S.D.N.Y. 2013) ("judicial notice may be taken" of "documents issued by government agencies").

Exhibit C to this request is a certified copy of Newell Contracting's certificate of

organization, originally filed with the Pennsylvania Department of State on October 24, 2023. Exhibit D to this request is a certified copy of Newell Contracting's annual report, filed with the Pennsylvania Department of State on September 30, 2025. The Court may take judicial notice of the contents of corporate documents, such as certificates of organization and annual reports, because they are facts which "can be accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see In re Bank of America Securities, Derivative, and ERISA Litig.*, 757 F.Supp.2d 260, 336 n.18 (S.D.N.Y. 2010) ("The Court may take judicial notice of the contents of BofA's certificate of incorporation"); *see also ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87, 98 (2d Cir. 2007) (courts may take notice of "legally required public disclosure documents filed with" government agencies).

For these reason, Foley respectfully requests that the Court take judicial notice of the following documents:

- Exhibit A: *Company Snapshot: Newell Contracting LLC*, U.S. DEPT. OF TRANS., available at https://safer.fmcsa.dot.gov/query.asp?query_type=queryCarrierSnapshot&query_param=USDOT&query_string=4193978.

- Exhibit B: Newell Contracting LLC Business Filing Information, Penn. Dept. of State, available at https://file.dos.pa.gov/search/business by searching for Newell Contracting LLC.

- Exhibit C: Certified Copy of Newell Contracting LLC Certificate of Organization, filed on October 24, 2023, attached hereto.

- Exhibit D: Certified Copy of Newell Contracting LLC Annual Report, filed on September 30, 2025, attached hereto.

Dated:  February 17, 2026

Respectfully submitted,

*/s/ Brooks R. Brown*

Brooks R. Brown (*phv209167*)
GOODWIN PROCTER LLP
100 Northern Ave
Boston, MA 02210
Tel.: +1 617 570 1000
BBrown@goodwinlaw.com

Jaime A. Santos (ct31237)
Jacqueline Odum (*phv209169*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
JSantos@goodwinlaw.com
JOdum@goodwinlaw.com

*Counsel for Foley Carrier Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Brooks R. Brown
Brooks R. Brown