**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FOLEY CARRIER SERVICES, LLC.**<br><br>*Defendant.* | Case No. 3:25-cv-2043<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JOUREY NEWELL**

1. My name is Jourey Newell. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 484-XXX-XXXX is on the National Do-Not-Call Registry and has been since 2016.

3. I am the user of 484-XXX-XXXX.

4. I pay the bill for 484-XXX-XXXX.

5. This number is used for personal, household purposes.

6. This number is assigned to a residential cellular telephone service. I am the subscriber of record, and I pay the bill.

7. The allegations in the Defendant's motion to dismiss are bizarre and utterly false.

8. As an initial matter, Newell Contracting LLC is not a trucking company.

9. Newell Contracting LLC's publicly facing telephone number held out to the world as its business telephone number is 484-250-1170, not 484-XXX-XXXX.

1

10. In fact, the very records that the Defendant presents as Exhibit A to the motion, and which Defendant claims was "held out" for my "trucking/carrier company" on the "DOT's public registry of Motor Carrier Industry Entities" confirms that Newell Contracting LLC's publicly facing telephone number held out to the world as its business telephone number is 484-250-1170.

11. To be clear, Defendant Foley Carrier Services did *not* send its text message calls to 484-250-1170; it sent them to 484-XXX-XXXX, my personal cell phone number.

12. Indeed, Foley knew as much because, on October 13, 2025, I sent them an email containing my full, unredacted telephone number 484-XXX-XXXX asking for the calls to stop, but they did not.

13. Despite having full knowledge of the fact that I did not want to receive calls from Defendant and giving Defendant an opportunity to explain its actions, Defendant did nothing but instead continued to call me.

14. I use the 484-XXX-XXXX number for personal, residential, and household purposes, such as speaking with friends and family and to conduct my daily personal affairs.

15. I have never listed the 484-XXX-XXXX number in the Yellow Pages.

16. By contrast, I use the 484-250-1170 number as a number to communicate with Newell Contracting's clients, contractors, and to coordinate various aspects of my business.

17. I also submit this Declaration to demonstrate why the lack of accurate caller ID information harmed me.

18. As an initial matter, as I note in my complaint, I attempted to call the numbers back to attempt to lodge a do not call request and received an intercept message or my call was simply disconnected.

19. In sum, the lack of accurate caller ID information transmitted along with text message calls undermines trust in the source of the text message calls I receive and my ability to identify those calling me illegally.

20. For example, here, the text message calls showed up as a number instead of being associated with a name, which prohibits me from knowing who is texting me at a glance and requires me to open the call, which is an additional step that wastes my time and energy.

21. By contrast, accurate caller ID information would have allowed me to view the sender, including while my phone screen was locked, and ascertain that the call was not important and prioritize my daily tasks accordingly.

22. And, in order to associate the telephone number with a name for each repeated call that was sent to me (as opposed to memorizing four separate spam telephone numbers), I would be forced to add each number to my contacts, which simply adds to clutter in my contacts book and is an additional step to take for calls I don't even want and want to ignore.

23. In fact, I was forced to do this for one of the numbers, as reflected on Page 5 of my Complaint, as "Foley DOT 😡 😡," a testament to how much the calls annoyed and frustrated me.

24. As reproduced in the Complaint, each of the text message calls I received did not transmit an accurate caller ID name.

25. Because the caller ID information did not identify the caller by name, I had no way to know who was attempting to solicit me, whom to ask to stop, or whom to sue to protect my rights.

26. Indeed, I attempted to send an email to the sender identified in the body of the calls, the Defendant, but was ignored, instead of being able to verify the caller through caller ID name.

27. Thus, in addition to making it more difficult to view the sender of the calls at a glance, the inaccurate caller ID information thus deprived me of the key fact of confirming Foley Carrier's identity that I needed to exercise my statutory rights.

28. The provision of accurate caller ID information would also have allowed me to double check and ensure my do not call requests were being sent to the correct place and given me a point of contact to follow up on my email after I continued to receive calls.

29. To be clear, the lack of accurate caller ID name information harmed me, among other reasons, because it made it difficult and impossible to identify who was calling me.

30. I was harmed and injured by the Defendant's calls' lack of any accurate caller ID name and a number at which I could lodge a do not call request.

31. My personal cell phone number 484-XXX-XXXX is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send these calls to me.

32. In fact, as explained above, I sent an email asking that they stop, but they did not.

33. I do not and have never welcomed nor wanted illegal calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to call me multiple times in violation of the TCPA, including after I asked them to stop by text message call and email.

34. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

5

35. I brought this case not for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing. I was not paid by anyone to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 10, 2026 in the United States of America,

*Jourey Newell*
_____

Jourey Newell