**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**FOLEY CARRIER SERVICES, LLC**,<br><br>*Defendant.* | Case No. 3:25-cv-2043-KAD<br><br>April 20, 2026 |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT FOLEY CARRIER SERVICES, LLC'S MOTION TO DISMISS**

Defendant Foley Carrier Services, LLC respectfully submits this Notice of Supplemental Authority to advise the Court of a recent decision bearing on issues raised in Defendant's Motion to Dismiss (ECF No. 22). In *James v. Smarter Contact, Inc.*, No. 8:25-cv-1657-KKM-SPF, --- F.Supp.3d ---, 2026 WL 879244 (M.D. Fla. Mar. 31, 2026), a copy of which is attached as Exhibit A, the district court dismissed the plaintiff's TCPA claims premised on receiving unwanted text messages—*i.e.*, TCPA claims substantially similar to the one Plaintiff asserts in Count I of his Complaint here—because it concluded that text messages are not "telephone call[s]" within the meaning of 47 U.S.C. § 227(c)(5). Ex. A at 2. Independently analyzing the TCPA under *McLaughlin Chiropractic Associates, Inc. v. McKesson Corp.*, 606 U.S. 146 (2025), the district court concluded that "[t]he ordinary public meaning of 'telephone call' in 1991 did not include or embrace a modern text message." *Id.* at 2–3. The district court also emphasized "the modifying effect on 'call' from 'telephone' as understood in 1991," reasoning that "the meaning of 'telephone' clarifies the understanding of the much broader 'call;'" making clear that "call" is limited to communications that "reproduc[e] sounds at a distance." *Id.* at 3.

1

Dated:   April 20, 2026

Respectfully submitted,

*/s/ Brooks R. Brown*

Brooks R. Brown (*phv209167*)
GOODWIN PROCTER LLP
100 Northern Ave
Boston, MA 02210
Tel.: +1 617 570 1000
BBrown@goodwinlaw.com

Jaime A. Santos (ct31237)
Jacqueline Odum (*phv209169*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
JSantos@goodwinlaw.com
JOdum@goodwinlaw.com

*Counsel for Foley Carrier Services, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated:  April 20, 2026

*/s/  Brooks R. Brown*
Brooks R. Brown