**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**FOLEY CARRIER SERVICES, LLC**,<br><br>*Defendant.* | Case No. 3:25-cv-2043-KAD-RMS<br><br>April 23, 2026 |

**AFFIDAVIT OF BROOKS R. BROWN IN SUPPORT OF**
**DEFENDANT FOLEY CARRIER SERVICES, LLC'S MOTION FOR**
**TEMPORARY STAY PENDING RESOLUTION OF MOTION TO DISMISS**

I, Brooks R. Brown, hereby declare and state as follows:

1.      I am a Partner with the law firm Goodwin Procter LLP, a member of the California, District of Columbia, and Massachusetts bars, and admitted in this action *pro hac vice*.  I am counsel to Foley Carrier Services, LLC ("Foley") in the above captioned matter.

2.      I make this statement in support of Foley's Motion For Temporary Stay Pending Resolution of its Motion to Dismiss.

3.      On April 17, 2026, pursuant to Federal Rule 26(f), I spoke to Plaintiff's counsel, Andrew Perrong to discuss, *inter alia*, whether discovery in this matter should be stayed pending the resolution of Foley's Motion to Dismiss and any subsequent motions that may be directed at any future amended complaints as this Court may permit

4.      Despite a good-faith effort by both parties to resolve by agreement the issue raised in Foley's Motion for a Temporary Stay without the intervention of this Court, the parties were unable to reach such an agreement.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my current knowledge, information and belief.


Dated:  April 23, 2026

/s/ Brooks R. Brown
Brooks R. Brown (*phv209167*)
GOODWIN PROCTER LLP
100 Northern Ave
Boston, MA 02210
Tel.: +1 617 570 1000
BBrown@goodwinlaw.com


*Counsel for Foley Carrier Services, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 23, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/  Brooks R. Brown*
Brooks R. Brown
