**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 4/30/2026

Newell

Vs.

Foley Carrier Services, LLC

BKY Appellant

BKY Appellee

BKY case #

Start Time 10:08 AM    End Time 10:40 AM

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) 32 _____ minute(s)

Case # 3:25-cv-02043-KAD

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) Anthony Paronich

Counsel for Dft(s) Brooks Brown

Reporter/Courtsmart CourtSmart

Interpreter

Language

Hearing held

☐ in person   ✔ by video   ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Rule 16 Conference ____ |

## MOTIONS

■ Motion to Stay (#35) _____ filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 2/11/26