**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**FOLEY CARRIER SERVICES, LLC,**<br><br>*Defendant.* | Case No. 3:25-cv-02043 |

**SUPPLEMENTAL JOINT RULE 26(f) REPORT**

Pursuant to this Court's (Spector, M.J.) Order dated April 30, 2026 (ECF No. 42), Plaintiff Jourey Newell ("Plaintiff") and Defendant Foley Carrier Services, LLC ("Foley") submit this Supplemental Joint Rule 26(f) Report.[1]  Consistent with the Court's comments and direction at the April 30, 2026 scheduling conference, this Joint Report sets forth the parties' agreed-upon, proposed schedule for this matter through litigation and resolution of class certification:

| Event | Deadline |
|---|---|
| Motions to Amend Pleadings | July 31, 2026 |
| Motions to Join Parties | July 31, 2026 |
| Plaintiff's expert reports and disclosures, if any, on class certification issues | October 20, 2026 |
| Defendant's expert reports and disclosures, if any, on class certification issues. | November 23, 2026 |
| Completion of fact and expert discovery relating to class certification. | December 23, 2026 |

---

[1] Foley submits this Joint Report without prejudice to its pending Motion to Dismiss (ECF No. 22).

| | |
|---|---|
| Plaintiff's motion for class certification, including all arguments and evidence in support. | January 26, 2027 |
| Defendant's opposition to class certification, including all arguments and evidence in opposition. | February 26, 2027 |
| Plaintiff's class certification reply, responding to opposition arguments and evidence proffered by Defendant | March 12, 2027 |
| Rule 16 conference to set a schedule for all remaining proceedings. | 21 days after the Court's ruling on class certification. |

Consistent with the proposed schedule set forth above, the parties agree to focus discovery in advance of the filing of Plaintiff's motion for class certification on Plaintiff's individual claims and the class action requirements of Fed. R. Civ. P. 23.  And, if discovery disputes arise, the parties will, as required and discussed during the April 30 conference with the Court, meet and confer in a good faith attempt resolve or narrow them before seeking intervention from this Court.

Following the Court's resolution of Plaintiff's motion for class certification, the parties agree that appropriate next step will be to conduct a further Rule 16 conference with the Court to set a schedule for any remaining proceedings in this action.  As set forth in the proposed schedule above, the parties propose that the Court schedule that conference for a date at least 21 days after the Court's ruling on class certification.  The parties further propose that they submit a Joint Status Report to this Court at least 7 days before that conference (a) outlining their respective positions on the nature and scope of any remaining proceedings in this litigation, and (b) proposing a schedule to complete such proceedings in advance of setting a trial date.

PLAINTIFF

DEFENDANT

By:
*/s/ Anthony Paronich (with consent)*
Andrew R. Perrong (CT31815)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: 215 225 5529 (CALL-LAW)
Fax: 888 329 0305
a@perronglaw.com

*/s/ Brooks R. Brown*
Brooks R. Brown (*phv209167*)
GOODWIN PROCTER LLP
100 Northern Ave
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 202 204 7216
BBrown@goodwinlaw.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617 485 0018
Fax: 508 318 100
Anthony@paronichlaw.com

Jaime A. Santos (ct31237)
Jacqueline Odum (*phv209169*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 213 260 8106
JSantos@goodwinlaw.com
JOdum@goodwinlaw.com

*Counsel for Plaintiff Jourey Newell*

*Counsel for Defendant Foley Carrier Services, LLC*

3