## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **FOLEY CARRIER SERVICES, LLC,** <br><br> *Defendant.* | Case No. 25-cv-02043 |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.


Dated: August 1, 2026            PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com